

# Fourth Court of Appeals
## San Antonio, Texas

December 29, 2014

No. 04-14-00050-CR

Taylor Rae **ROSENBUSCH**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR11075
Honorable Dick Alcala, Judge Presiding

## ORDER

The Appellant's Motion for Extension of Time to File Brief has this date been received and filed in the above styled and numbered cause. Extension of time to file the Appellant's brief is this date GRANTED. Time is extended to February 9, 2015.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:    Susan D. Reed
District Attorney, Bexar County
Paul Elizondo Tower 1
101 W. Nueva, Suite 370
San Antonio, TX 78205

John F. Carroll
Law Offices of John F. Carroll
111 West Olmos Drive
San Antonio, TX 78212